# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): *under duress,* RICHARD A SPANN @ TN *w/o recourse* | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 3:22-cv-667 |
|---|---|
| Place of Confinement: Miami Correctional facility | Earliest Possible Release Date: ~~June~~ 11/29/2027 |

**FILED AUG 15 2022** — At Gary T. Bell, Clerk, U.S. District Court, Northern District of Indiana

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: Miami Corr. facility
   N/A  1st 8/1/21  2nd
   Date of hearing: 10 / NA / 2021. Case number: 21-07-0185. Not Available — date of Report
   Offense: ~~Assault on Staff~~ (Battery on Staff) not quite sure. IS 9/13/21
   Code # A-117.     Did you plead guilty? ○ Yes. ● No.

2. Lost earned credit time? ○ No. ● Yes, I lost 365 days earned credit time.
   Was the loss of earned credit time suspended? ● No. ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/_____.

3. Demoted in credit class? ○ No. ● Yes, I was demoted from Class 1 to Class 3.
   Was the demotion suspended? ● No. ○ Yes, it was suspended until: ___/___/_____.
   if suspended, has it been imposed? ○ No. ○ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No. ● Yes, the result was: Denied

5. Appealed to Final Reviewing Authority? ○ No. ● Yes, the result was: Rehearing 1st 2nd time Denied

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ● No. ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

   ○ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ● No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[*Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION**: *If you do not present every ground in this petition, you may be barred from doing so later.*]

**GROUND ONE**: [*Briefly describe your claim.*] Lack of evidence to proof claim; claim + video don't match. towards C/O Rachel Halsey's Report; what the video shows - Doesn't match up.

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

C/O Rachel Halsey - Stated in her conduct of 7/15/21; That I Licked her "ear" and Right Side of her face @ cell Zema 303/304.

(See C/O Goodridge's - DVR footage Review for the below Account.
- I requested DVR-video footage To exonerate me from her claim; C/O Goodridge viewed the video; in Accordance w/Rachel Halsey's Complaint; C/O Goodridge's viewing Stated That She did Not see Anything of that Nature Take Place @ my cell (303/304); and States That; She "see's" Rachel halsey Jump Back once while at cell 305/306 + Then walk to The other C/O Shuppert; Then walks into cell 340/341. Then go upstairs And Speak to A few other Inmates; Then finishes her Rounds "walk Three".

View DHB's video Reports x 2

Did you present Ground One to the Final Reviewing Authority?  ● Yes.  ○ No, because _____
_____

**GROUND TWO**: [*Briefly describe your claim.*] That C/O Rachel halsey did not call a signal "Alert" Staff that a Battery has occurred Until She left The Unit; Then She did not bring yard staff To my cell 303/304; But To 305/306.

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

Her/ C/O Rachel halsey's Conduct That She wrote Against me; Does Not Line up w/ what The Camera Shows; And @ the End of the Account C/O Rachel halsey Does Not bring yard staff To cell 303/304 as was my cell; But To cell 305/306 as it was Not my cell.

- As it is clear from the Evidence of DVR footage; when when She called a signal that; The Altercation That Supposedly Took place was Not involving Me: as clearly she states @ cell 305/304. And I Know The camera see's clearly cell 303-304; and shows Nothing of that sort Taking Place.

Did you present Ground Two to the Final Reviewing Authority?  ● Yes.  ○ No, because _____
_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**GROUND THREE**: [Briefly describe your claim.] That: The 1st hearing I was Not given a Lay advocate of my peers; filed the Appeal Down State; got a re-hearing as the Sanctions was suppose to be Vacated; but I was Still Sitting in Segregation; Nothing Restored;

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
Then when I did receive a Lay advocate of my peers, I had gotten a witness statement from Inmate Devon Johnson who's Room was 305/306; as well as c/o goodridge Again watching The Video and States That She Didnt See Anything @ all — I was Given a Re-hearing Due To violation of Due process - Not having Lay advocate of my peers; Then 2 witness Statements from The Lay advocate; Inmate Devon Johnson Both Stateing That They didnt See Anything @ all take place of that matter. As: The Lay advocate Reviewed The DVR and Seen Nothing Take place as Described in c/o Rachel halsey's Conduct. By c/o halsey Not calling a Signal; Continuing To walk About the Day room; walking into Another inmates Cell; is clear of what cell I Live in, And where The incident, If Any, Took place. All The DVR- Review I Requested was in my favor- But Still found guilty.

Did you present Ground Three to the Final Reviewing Authority? ☐ Yes. ☐ No, because _____
Further more DHB Goodridge filed a complaint Against William Hyatte-because he Told her To find All A's, B conducts Guilty No matter what; placed her in danger of Attacks by J's

**DOCUMENTS** — All Reports of Conduct; Hearing Reports; DVR-footage Reports; witness Statements Are/Should all be Attached to the case

I have attached these documents from this disciplinary hearing: [Check all that apply.]
☐ Report of Conduct
☐ Screening Report
☐ Report of Disciplinary Hearing
☐ Letter from the Final Reviewing Authority
☐ Other relevant documents: I Do not have Any of my property That is from my move from P-house on 7/9/22; Not Sure If I had All the Doc's as cell.

See IDOC Human Records or contact goodridge yourselves

**RELIEF** That: your Review All the documents with the case; See DVR-video yourself; make The Right Determination.

I ask for the following relief: That: The Sanction: Grievous Time Loss Be Restored & All activities Comming After 7/13/21 That has taken place be Vacated; or any other relief to which I may be entitled.

as Grave perils that came from 7/13/21's conduct caused much other things To happen and If I was not found Guilty of that Bogus Conduct, I would be a Level 1 and — Possibly @ home by Now.

**DECLARATION AND SIGNATURE**

I placed this petition in the prison mail system on _8_/_9_/20_22_ at _____ am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____ VCCF-308   178770
Signature  D/B/A: RICHARD A. SPANN ©TN   Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]